PROB 12B
(7/93)

Report Date: August 4, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Michael Steffen          Case Number: 2:03CR00114-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

Date of Original Sentence: 01/22/2004          Type of Supervision: Supervised Release

Original Offense: Manufacturing Counterfeit          Date Supervision Commenced: 02/06/2005
Currency, 18 U.S.C. § 471Manufacturing Counterfeit
Currency, 18 U.S.C. § 471

Original Sentence: Prison - 15 Months; TSR - 36          Date Supervision Expires: 02/05/2008
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from this substance.

### CAUSE

Joseph Steffen violated the conditions of his supervised release in Spokane, Washington, by testing positive for
marijuana metabolites on May 22, 2006, and on June 12, 2006.

On May 22, 2006, and June 12, 2006, Joseph Steffen submitted urine samples which were positive for marijuana
metabolites. On July 26, 2006, Scientific Testing Laboratories confirmed the positive urinalysis tests and confirmed
that the nanogram levels were 69 and 21, respectively.

Mr. Steffen admitted using marijuana after having drinks with friends on his birthday.

The offender agreed to submit to a substance abuse evaluation at New Horizon Care Centers and was evaluated on
July 26, 2006. He was diagnosed as having issues with alcohol, which lead to his use of marijuana. Mr. Steffen
begins treatment with New Horizon Care Centers on August 13, 2006.

Prob 12B

**Re: Steffen, Joseph Michael**
**August 4, 2006**
**Page 2**

Respectfully submitted,

by  *Gloria Petretee*

Gloria M. Petretee
U.S. Probation Officer
Date:  August 4, 2006

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

Signature of Judicial Officer

*Aug. 11, 2006*

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____       Signed: _____
            Gloria M. Petretee                                   Joseph Michael Steffen
            U.S. Probation Officer                               Probationer or Supervised Releasee

_____
8/ 8/ 06
Date